UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Keith Doherty

_(In the space above enter the full name(s) of the plaintiff(s)._

-against-

Suffolk County
Town of Babylon

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_
----------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 25 2013 ★
LONG ISLAND OFFICE

**COMPLAINT**

Jury Trial: (Yes)   No

CV 13 6782

BIANCO, J.
WALL, M.

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff:   Name  Keith Doherty
Street Address  1036 N Clinton Ave
County, City  Lindenhurst
State & Zip Code  NY  11757
Telephone Number  631 991 0019

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1  Name **Suffolk County**
Street Address **200 Center Drive**
County, City **Riverhead**
State & Zip Code **NY 11901**
Telephone Number

Defendant No. 2  Name **Town of Babylon**
Street Address **Sun Rise hwy**
County, City **Lindenhurst**
State & Zip Code **NY 11757**
Telephone Number

Defendant No. 3  Name
Street Address
County, City
State & Zip Code
Telephone Number

Defendant No. 4  Name
Street Address
County, City
State & Zip Code
Telephone Number

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   ☒ Federal Questions          ☒ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  **4th Amendment**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

   Plaintiff(s) state(s) of citizenship
   Defendant(s) state(s) of citizenship

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? The Doherty's residents at 1036 N Clinton Ave Lindenhurst NY 11757

B. What date and approximate time did the events giving rise to your claim(s) occur? March 2013

C. Facts [What happened to you?]: The county has seized my Mothers property without notice. The County has evicted my personel property

[Who did what?] The County officials
The Town officials

[Was anyone else involved?]

[Who else saw what happened?] John Doe, Jane Doe has Knowledge

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have serious Mental health issues reguarding this issues on hand.

3

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want the court to order a restraining order, and grant me time to raise the amount agreed upon on the record or payment plan, I also am asking for $100,000.00 Thousand dollar's

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___.

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
My Commission Expires April 09, 2015

Signature of Plaintiff _____
Mailing Address _____
_____
_____
_____
Telephone Number _____
Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

4